NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC (FORMERLY BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC) AND BRIDGESTONE CORPORATION,**
*Appellants,*

v.

**FEDERAL CORPORATION,**
*Appellee.*

---

2010-1376
(Opposition No. 91168556)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

Federal Corporation moves without opposition to withdraw William David Shenk as counsel and to substitute Everett E. Fruehling as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**AUG 3 1 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Douglas A. Rettew, Esq.
    W. David Shenk, Esq.
    Everett E. Fruehling, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 3 1 2011**

**JAN HORBALY**
**CLERK**